Donald R. Cassling

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| MACCHITELLI, MICHAEL A. | § § | Case No. 11-42363 DRC |
| Debtor(s) | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/GINA B. KROL_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

Case 11-42363 INDIVIDUAL ESTATE PROPERTY RECORD AND 10/06/14 11:14:14 Desc Main
Doc 32 Filed 10/06/14 Entered 10/06/14 11:14:14 Page: 1
ASSET CASES
Document Page 3 of 13

Case No: 11-42363 DRC Judge: Donald R. Cassling  Trustee Name: GINA B. KROL   Exhibit A
Case Name: MACCHITELLI, MICHAEL A.  Date Filed (f) or Converted (c): 10/19/11 (f)
   341(a) Meeting Date: 12/06/11
For Period Ending: 09/24/14  Claims Bar Date: 03/08/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE:1046 CLIFFVIEW, CAROL STREAM, IL. | 267,000.00 | 0.00 | | 10,000.00 | FA |
| 2. CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING W/HARRIS BANK (2910474473) | 57.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING W/HARRIS BANK (4800494729) | 653.00 | 0.00 | | 0.00 | FA |
| 5. MISC. HOUSEHOLD GOODS & FURNSHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. MISC. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 7. FISHING POLES | 100.00 | 0.00 | | 0.00 | FA |
| 8. IRA | 6,363.00 | 0.00 | | 0.00 | FA |
| 9. DEBTOR IS A PLAINTIFF IN A SUIT VS STATE FARM | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2008 DODGE RAM (75,000 MILES) | 10,140.00 | 0.00 | | 0.00 | FA |
| 11. 2009 CADILLAC DTS (30,000 MILES) | 20,675.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.41 | Unknown |

 Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $308,238.00  $0.00   $10,000.41  $0.00
 (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare TFR
October 17, 2013, 02:29 pm

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 09/30/14

/s/ GINA B. KROL
_____ Date: 09/24/14
   GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

LFORM1   Ver: 18.01

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-42363 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | MACCHITELLI, MICHAEL A. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0501 Checking Account |
| Taxpayer ID No: | *******5116 | | | |
| For Period Ending: | 09/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,941.80 | | 9,941.80 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.13 | 9,935.67 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.33 | 9,929.34 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.12 | 9,923.22 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.32 | 9,916.90 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.74 | 9,902.16 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 8.58 | 9,893.58 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.29 | 9,880.29 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.69 | 9,865.60 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.19 | 9,851.41 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.65 | 9,836.76 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.15 | 9,822.61 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.60 | 9,808.01 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.58 | 9,793.43 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.09 | 9,779.34 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.54 | 9,764.80 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.05 | 9,750.75 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.50 | 9,736.25 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.48 | 9,721.77 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.06 | 9,708.71 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 8.56 | 9,700.15 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.43 | 9,685.72 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.94 | 9,671.78 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.38 | 9,657.40 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.89 | 9,643.51 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.34 | 9,629.17 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.32 | 9,614.85 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-42363 -DRC | |
| Case Name: | MACCHITELLI, MICHAEL A. | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0501  Checking Account |

Taxpayer ID No: *******5116
For Period Ending: 09/24/14

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******0501 | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | 2 | Checks | | 17.14 |
| 0 | Interest Postings | 0.00 | 24 | Adjustments Out | | 309.81 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ | 326.95 |
| 1 | Transfers In | 9,941.80 | | | | |
| | Total | $ 9,941.80 | | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-42363 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MACCHITELLI, MICHAEL A. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4218 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5116 | | | |
| For Period Ending: | 09/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/20/12 | 1 | Debra A. Macchitelli<br>1046 Cliff View Lane<br>Carol Stream, IL 60188 | | 1110-000 | 5,000.00 | | 5,000.00 |
| 02/28/12 | 1 | Michael Macchitelli<br>1046 Cliffview Ln.<br>Carol Stream, IL 60188 | | 1110-000 | 1,000.00 | | 6,000.00 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 6,000.01 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,000.06 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.34 | 5,992.72 |
| 04/05/12 | 1 | Michael Macchitelli<br>1046 Cliffview Lane<br>Carol Stream, IL 60188 | | 1110-000 | 1,000.00 | | 6,992.72 |
| 04/30/12 | 1 | Michael Macchitelli<br>1046 Cliffview Lane<br>Carol Stream, IL 60188 | | 1110-000 | 1,000.00 | | 7,992.72 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,992.78 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.47 | 7,984.31 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,984.38 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.06 | 7,974.32 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,974.38 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.48 | 7,964.90 |
| 07/02/12 | 1 | Michael Macchitelli<br>1046 Cliffview Lane<br>Carol Stream, IL 60188 | | 1110-000 | 1,000.00 | | 8,964.90 |
| 07/31/12 | 1 | Michael Macchitelli | | 1110-000 | 1,000.00 | | 9,964.90 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,964.98 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.51 | 9,953.47 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,953.55 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 11.75 | 9,941.80 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,941.80 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-42363 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | MACCHITELLI, MICHAEL A. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4218 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5116 | | |
| For Period Ending: | 09/24/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

```
Account *******4218       Balance Forward              0.00
                    6     Deposits                10,000.00      0    Checks                  0.00
                    7     Interest Postings            0.41      6    Adjustments Out        58.61
                                                                 1    Transfers Out        9,941.80
                          Subtotal         $    10,000.41
                                                                      Total      $    10,000.41
                    0     Adjustments In               0.00
                    0     Transfers In                 0.00

                          Total            $    10,000.41
```

```
Report Totals             Balance Forward              0.00
                    6     Deposits                10,000.00      2    Checks                 17.14
                    7     Interest Postings            0.41     30    Adjustments Out       368.42
                                                                 1    Transfers Out        9,941.80
                          Subtotal         $    10,000.41
                                                                      Total      $    10,327.36
                    0     Adjustments In               0.00
                    1     Transfers In             9,941.80

                          Total            $    19,942.21       Net Total Balance  $    9,614.85
```

                    /s/    GINA B. KROL
Trustee's Signature: _____ Date: 09/24/14
                    GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 24, 2014 |
|---|---|---|---|---|---|---|

Case Number: 11-42363  
Debtor Name: MACCHITELLI, MICHAEL A.  
Claims Bar Date: 03/08/12

Claim Number Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $1,750.04 | $0.00 | $1,750.04 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL60602 | Administrative | | $2,116.50 | $0.00 | $2,116.50 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL60602 | Administrative | | $14.58 | $0.00 | $14.58 |
| 000001<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $13,111.69 | $0.00 | $13,111.69 |
| 000002<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | acct #8318 | $18,834.47 | $0.00 | $18,834.47 |
| 000003<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | acct#6286 | $17,432.76 | $0.00 | $17,432.76 |
| 000004<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | acct# 3968 | $9,363.61 | $0.00 | $9,363.61 |
| 000005<br>070<br>7100-90 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | acct# 8482 | $992.96 | $0.00 | $992.96 |
| 000006<br>070<br>7100-90 | Capital One Bank (USA), N.A. by<br>American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | acct# 6795 | $488.34 | $0.00 | $488.34 |
| 000007<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | acct# 1005 | $15,329.57 | $0.00 | $15,329.57 |
| 000008<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | acct# 2270 | $2,897.89 | $0.00 | $2,897.89 |
| 000009<br>070<br>7100-90 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Unsecured | acct #6975 | $284.77 | $0.00 | $284.77 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St. | Administrative | | $17.14 | $17.14 | $0.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 24, 2014 |

Case Number: 11-42363  
Debtor Name: MACCHITELLI, MICHAEL A.  
Claims Bar Date: 03/08/12  

Claim Number Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | New Orleans, LA 70139 | | | | | |
| | Case Totals: | | | $82,634.32 | $17.14 | $82,617.18 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-42363 DRC
Case Name: MACCHITELLI, MICHAEL A.
Trustee Name: GINA B. KROL

    Balance on hand                                           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses         $_____

    Remaining Balance                                       $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000005 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Capital One Bank (USA), N.A. by American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000008 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ | $ | $ |
| 000009 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $ _____

Remaining Balance   $ _____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE