UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   §
         §
MACCHITELLI, MICHAEL A.   §   Case No. 11-42363 DRC
         §
Debtor(s)   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/31/2014 in Courtroom 241,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/06/2014              By: CLERK OF BANKRUPTCY COURT
                                         Clerk of US Bankruptcy Court


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MACCHITELLI, MICHAEL A. § Case No. 11-42363 DRC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.41 |
| and approved disbursements of | $ | 385.56 |
| leaving a balance on hand of[1] | $ | 9,614.85 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,750.04 | $ 0.00 | $ 1,750.04 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,116.50 | $ 0.00 | $ 2,116.50 |
| Other: International Sureties Ltd. | $ 17.14 | $ 17.14 | $ 0.00 |
| Other: Cohen & Krol | $ 14.58 | $ 0.00 | $ 14.58 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,881.12 |
| Remaining Balance | | | $ 5,733.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 78,736.06 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 13,111.69 | $ 0.00 | $ 954.82 |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 18,834.47 | $ 0.00 | $ 1,371.57 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 17,432.76 | $ 0.00 | $ 1,269.49 |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 9,363.61 | $ 0.00 | $ 681.88 |
| 000005 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ 992.96 | $ 0.00 | $ 72.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Capital One Bank (USA), N.A. by American InfoSourc PO Box 71083 Charlotte, NC 28272-1083 | $ 488.34 | $ 0.00 | $ 35.56 |
| 000007 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 15,329.57 | $ 0.00 | $ 1,116.33 |
| 000008 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $ 2,897.89 | $ 0.00 | $ 211.03 |
| 000009 | Verizon Wireless PO BOX 3397 Bloomington, IL 61702 | $ 284.77 | $ 0.00 | $ 20.74 |

Total to be paid to timely general unsecured creditors     $     5,733.73

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-42363-DRC
Michael A. Macchitelli                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Oct 07, 2014
                              Form ID: pdf006          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2014.
db           +Michael A. Macchitelli,    1046 Cliffview,    Carol Stream, IL 60188-4633
17940788      American Express,    Zwicker & Associates,    7336 N. Lincoln Ave. #404,    Lincolnwood, IL 60712
17973382      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
18372693     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
                Wilmington, DE 19886-5102)
17940789     +Bank of America,    Box 9000,    Getzville, NY 14068-9000
18311158      Capital One Bank (USA), N.A. by American InfoSourc,    PO Box 71083,    Charlotte, NC  28272-1083
17940790     +Capital One Credit Card,    PO Box 5294,    Carol Stream, IL 60197-5294
18303938     +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
18303423      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17940791      Chase Credit Card,    PO Box 15298,    Wilmington, DE 19850-5298
17940797     +Harris Bank,    Box 6201,    Carol Stream, IL 60197-6201
17940799     +Menards,    Box 17602,    Baltimore, MD 21297-1602
17940800     +PNC Bank,    2730 Liberty,    Pittsburgh, PA 15222-4747
17970711     +TD Auto Finance LLC,    c/o Riezman Berger, P.C.,    7700 BOnhomme, 7th Floor,
                St. Louis, MO 63105-1960
17940801     +TD Finance,    27777 Inkster Road,    Farmington, MI 48334-5326
17940802     +Verizon,    1515 Woodfield Rd.,    Schaumburg, IL 60173-6046
17940803     +Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream, IL 60197-5296

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17940796      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 08 2014 02:33:04     Discover,   Box 6013,
               Dover, DE 19903
18184076      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 08 2014 02:33:04     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17940798      E-mail/Text: bnckohlsnotices@becket-lee.com Oct 08 2014 02:03:33     Kohls,   P.O. Box 2983,
               Milwaukee, WI 53201-2983
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17940794       Debra Macchitelli
17940795       Debra Macchitelli
18353866*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17940792*      Chase Credit Card,    PO Box 15298,    Wilmington, DE 19850-5298
17940793*      Chase Credit Card,    PO Box 15298,    Wilmington, DE 19850-5298
18514758    ##+Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
17940804    ##+Zwicker & Associates,    7366 N. Lincoln #404,    Lincolnwood, IL 60712-1741
                                                                                TOTALS: 2, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2014 at the address(es) listed below:
              Bradley S Covey    on behalf of Debtor Michael A. Macchitelli bradley.covey@gmail.com,
               susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com

```
District/off: 0752-1          User: mgonzalez            Page 2 of 2            Date Rcvd: Oct 07, 2014
                              Form ID: pdf006            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Gina B Krol    on behalf of Attorney Gina B Krol gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com

          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com

          Kathryn A Klein    on behalf of Creditor    TD Auto Finance LLC  f/k/a Chrysler Financial Services
           Americas, L.L.C. iln@riezmanberger.com

          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                                                                              TOTAL: 5