UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| MACCHITELLI, MICHAEL A. § | Case No. 11-42363 DRC |
| § | |
| Debtor(s) § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 30,815.00 *(Without deducting any secured claims)* | Assets Exempt: 25,423.00 |
| Total Distributions to Claimants: 5,733.73 | Claims Discharged Without Payment: 78,938.33 |
| Total Expenses of Administration: 4,266.68 | |

3) Total gross receipts of $ 10,000.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.41 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 215,598.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,266.68 | 4,266.68 | 4,266.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 80,966.00 | 78,736.06 | 78,736.06 | 5,733.73 |
| **TOTAL DISBURSEMENTS** | $ 296,564.00 | $ 83,002.74 | $ 83,002.74 | $ 10,000.41 |

    4)  This case was originally filed under chapter 7 on  10/19/2011 .  The case was pending for 47 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/26/2015                         By:/s/GINA B. KROL
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE:1046 CLIFFVIEW, CAROL STREAM, IL. | 1110-000 | 10,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.41 |
| TOTAL GROSS RECEIPTS | | $10,000.41 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Bank Box 6201 Carol Stream, IL 60197 | | 48,000.00 | NA | NA | 0.00 |
| | PNC Bank 2730 Liberty Pittsburgh, PA 15222 | | 30,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TD Finance 27777 Inkster Road Farmington, MI 48334 | | 17,098.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage PO Box 5296 Carol Stream, IL 60197 | | 120,500.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 215,598.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,750.04 | 1,750.04 | 1,750.04 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 17.14 | 17.14 | 17.14 |
| ASSOCIATED BANK | 2600-000 | NA | 309.81 | 309.81 | 309.81 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 58.61 | 58.61 | 58.61 |
| COHEN & KROL | 3110-000 | NA | 1,411.00 | 1,411.00 | 1,411.00 |
| GINA B. KROL | 3110-000 | NA | 705.50 | 705.50 | 705.50 |
| COHEN & KROL | 3120-000 | NA | 14.58 | 14.58 | 14.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,266.68 | $ 4,266.68 | $ 4,266.68 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Box 9000 Getzville, NY 14068 | | 2,898.00 | NA | NA | 0.00 |
| | Kohls P.O. Box 2983 Milwaukee, WI 53201-2983 | | 1,041.00 | NA | NA | 0.00 |
| | Menards Box 17602 Baltimore, MD 21297 | | 1,997.00 | NA | NA | 0.00 |
| 000007 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 15,330.00 | 15,329.57 | 15,329.57 | 1,116.33 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CAPITAL ONE BANK (USA), N.A. BY AME | 7100-900 | 474.00 | 488.34 | 488.34 | 35.56 |
| 000005 | CAPITAL ONE, N.A. | 7100-900 | NA | 992.96 | 992.96 | 72.31 |
| 000002 | CHASE BANK USA, N.A. | 7100-900 | 18,835.00 | 18,834.47 | 18,834.47 | 1,371.57 |
| 000003 | CHASE BANK USA, N.A. | 7100-900 | 17,433.00 | 17,432.76 | 17,432.76 | 1,269.49 |
| 000004 | CHASE BANK USA, N.A. | 7100-900 | 9,364.00 | 9,363.61 | 9,363.61 | 681.88 |
| 000001 | DISCOVER BANK | 7100-900 | 13,000.00 | 13,111.69 | 13,111.69 | 954.82 |
| 000008 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 2,897.89 | 2,897.89 | 211.03 |
| 000009 | VERIZON WIRELESS | 7100-901 | 594.00 | 284.77 | 284.77 | 20.74 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 80,966.00 | $ 78,736.06 | $ 78,736.06 | $ 5,733.73 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 11-42363 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: MACCHITELLI, MICHAEL A. | Date Filed (f) or Converted (c): 10/19/11 (f) |
| | 341(a) Meeting Date: 12/06/11 |
| For Period Ending: 08/26/15 | Claims Bar Date: 03/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE:1046 CLIFFVIEW, CAROL STREAM, IL. | 267,000.00 | 0.00 | | 10,000.00 | FA |
| 2. CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING W/HARRIS BANK (2910474473) | 57.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING W/HARRIS BANK (4800494729) | 653.00 | 0.00 | | 0.00 | FA |
| 5. MISC. HOUSEHOLD GOODS & FURNSHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. MISC. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 7. FISHING POLES | 100.00 | 0.00 | | 0.00 | FA |
| 8. IRA | 6,363.00 | 0.00 | | 0.00 | FA |
| 9. DEBTOR IS A PLAINTIFF IN A SUIT VS STATE FARM | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2008 DODGE RAM (75,000 MILES) | 10,140.00 | 0.00 | | 0.00 | FA |
| 11. 2009 CADILLAC DTS (30,000 MILES) | 20,675.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.41 | Unknown |
| TOTALS (Excluding Unknown Values) | $308,238.00 | $0.00 | | $10,000.41 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed
October 06, 2014, 11:41 am

Trustee to review claims and prepare TFR
October 17, 2013, 02:29 pm

LFORM1 Ver: 18.05

UST Form 101-7-TDR (10/1/2010) (Page: 7)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-42363   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | MACCHITELLI, MICHAEL A. | Date Filed (f) or Converted (c): | 10/19/11 (f) |
| | | 341(a) Meeting Date: | 12/06/11 |
| | | Claims Bar Date: | 03/08/12 |

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 09/30/14

/s/   GINA B. KROL
_____   Date: 08/26/15
   GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-42363 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | MACCHITELLI, MICHAEL A. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0501 Checking Account |
| Taxpayer ID No: | *******5116 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,941.80 | | 9,941.80 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.13 | 9,935.67 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.33 | 9,929.34 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.12 | 9,923.22 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.32 | 9,916.90 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.74 | 9,902.16 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 8.58 | 9,893.58 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.29 | 9,880.29 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.69 | 9,865.60 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.19 | 9,851.41 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.65 | 9,836.76 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.15 | 9,822.61 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.60 | 9,808.01 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.58 | 9,793.43 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.09 | 9,779.34 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.54 | 9,764.80 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.05 | 9,750.75 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.50 | 9,736.25 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.48 | 9,721.77 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.06 | 9,708.71 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 8.56 | 9,700.15 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.43 | 9,685.72 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.94 | 9,671.78 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.38 | 9,657.40 |

FORM 2                                                                                                   Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                            Exhibit 9

| Case No: | 11-42363 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | MACCHITELLI, MICHAEL A. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0501  Checking Account |
| Taxpayer ID No: | *******5116 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.89 | 9,643.51 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.34 | 9,629.17 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.32 | 9,614.85 |
| 10/31/14 | 030003 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Compensation | 2100-000 | | 1,750.04 | 7,864.81 |
| 10/31/14 | 030004 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL60602 | Final Distribution<br>Attorneys Fees | 3110-000 | | 1,411.00 | 6,453.81 |
| 10/31/14 | 030005 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL60602 | Final Distribution<br>Attorneys Expenses | 3120-000 | | 14.58 | 6,439.23 |
| 10/31/14 | 030006 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL60602 | Final Distribution<br>Attorneys Fees | 3110-000 | | 705.50 | 5,733.73 |
| 10/31/14 | 030007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 954.82 | 4,778.91 |
| 10/31/14 | 030008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-900 | | 1,371.57 | 3,407.34 |
| 10/31/14 | 030009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-900 | | 1,269.49 | 2,137.85 |
| 10/31/14 | 030010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-900 | | 681.88 | 1,455.97 |
| 10/31/14 | 030011 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service | Final Distribution | 7100-900 | | 72.31 | 1,383.66 |

FORM 2                                                                                                                   Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                             Exhibit 9

| Case No: | 11-42363 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MACCHITELLI, MICHAEL A. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0501 Checking Account |
| Taxpayer ID No: | *******5116 | | |
| For Period Ending: | 08/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/14 | 030012 | P.O. Box 740933<br>Dallas, TX 75374<br>Capital One Bank (USA), N.A. by American InfoSourc | Final Distribution | 7100-900 | | 35.56 | 1,348.10 |
| 10/31/14 | 030013 | PO Box 71083<br>Charlotte, NC 28272-1083<br>American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(7-1) CREDIT CARD DEBT | 7100-900 | | 1,116.33 | 231.77 |
| 10/31/14 | 030014 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final Distribution | 7100-900 | | 211.03 | 20.74 |
| * 10/31/14 | 030015 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Final Distribution<br>(9-1) 6975 | 7100-903 | | 20.74 | 0.00 |
| * 04/27/15 | 030015 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Final Distribution | 7100-903 | | -20.74 | 20.74 |
| 04/27/15 | 030016 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Unclaimed Funds<br>(9-1) 6975 | 7100-901 | | 20.74 | 0.00 |

LFORM2T4    UST Form 101-7-TDR (10/1/2010)  (Page: 11)                                                                    Ver: 18.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 11-42363 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MACCHITELLI, MICHAEL A. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0501  Checking Account |
| Taxpayer ID No: | *******5116 | | |
| For Period Ending: | 08/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

```
Account *******0501    Balance Forward           0.00
                   0   Deposits                  0.00        17   Checks              9,631.99
                   0   Interest Postings         0.00        24   Adjustments Out       309.81
                                          ──────────          0   Transfers Out           0.00
                       Subtotal            $     0.00                              ──────────
                                                                  Total         $   9,941.80
                   0   Adjustments In            0.00
                   1   Transfers In          9,941.80
                                          ──────────
                       Total            $   9,941.80
```

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-42363 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | MACCHITELLI, MICHAEL A. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4218  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5116 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/20/12 | 1 | Debra A. Macchitelli<br>1046 Cliff View Lane<br>Carol Stream, IL 60188 | | 1110-000 | 5,000.00 | | 5,000.00 |
| 02/28/12 | 1 | Michael Macchitelli<br>1046 Cliffview Ln.<br>Carol Stream, IL 60188 | | 1110-000 | 1,000.00 | | 6,000.00 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 6,000.01 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,000.06 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.34 | 5,992.72 |
| 04/05/12 | 1 | Michael Macchitelli<br>1046 Cliffview Lane<br>Carol Stream, IL 60188 | | 1110-000 | 1,000.00 | | 6,992.72 |
| 04/30/12 | 1 | Michael Macchitelli<br>1046 Cliffview Lane<br>Carol Stream, IL 60188 | | 1110-000 | 1,000.00 | | 7,992.72 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,992.78 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.47 | 7,984.31 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,984.38 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.06 | 7,974.32 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,974.38 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.48 | 7,964.90 |
| 07/02/12 | 1 | Michael Macchitelli<br>1046 Cliffview Lane<br>Carol Stream, IL 60188 | | 1110-000 | 1,000.00 | | 8,964.90 |
| 07/31/12 | 1 | Michael Macchitelli | | 1110-000 | 1,000.00 | | 9,964.90 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,964.98 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.51 | 9,953.47 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,953.55 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET | BANK FEES | 2600-000 | | 11.75 | 9,941.80 |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 13)*                                          Ver: 18.05

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-42363 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MACCHITELLI, MICHAEL A. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4218  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5116 | | |
| For Period Ending: | 08/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | 9TH FLOOR DALLAS, TX 75283 Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,941.80 | 0.00 |

```
                     Account  *******4218       Balance Forward            0.00
                                          6       Deposits            10,000.00        0    Checks                  0.00
                                          7       Interest Postings        0.41        6    Adjustments Out        58.61
                                                                                       1    Transfers Out       9,941.80
                                                  Subtotal           $  10,000.41
                                                                                            Total           $  10,000.41
                                          0       Adjustments In           0.00
                                          0       Transfers In             0.00

                                                  Total              $  10,000.41


                     Report Totals                Balance Forward          0.00
                                          6       Deposits            10,000.00       17    Checks              9,631.99
                                          7       Interest Postings        0.41       30    Adjustments Out       368.42
                                                                                       1    Transfers Out       9,941.80
                                                  Subtotal           $  10,000.41
                                                                                            Total           $  19,942.21
                                          0       Adjustments In           0.00
                                          1       Transfers In         9,941.80

                                                  Total              $  19,942.21          Net Total Balance   $      0.00
```

/s/   GINA B. KROL

Trustee's Signature: _____  Date: 08/26/15
                      GINA B. KROL

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 14)*                                              Ver: 18.05